FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

September 13, 2022

No. 04-22-00198-CR

Juan Manuel **GOMEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 156th Judicial District Court, McMullen County, Texas
Trial Court No. M-21-0013-CR-B
Honorable Janna K. Whatley, Judge Presiding

# O R D E R

Appellant's brief was originally due June 10, 2022. We granted appellant's motion for extension of time, extending the deadline for filing the brief until August 9, 2022. When neither the brief nor a second motion for extension of time was filed, we ordered appellant's counsel to file the brief by August 25, 2022. Again, no brief was filed. On August 29, 2022, we abated this appeal and remanded the cause to the trial court for a hearing to determine whether appellant or appointed counsel had abandoned the appeal. On September 6, 2022, appellant filed his brief, but did not file a motion for extension of time.

After consideration, we **REINSTATE** this appeal to our docket. We **WITHDRAW** our August 29, 2022 order requiring an abandonment hearing. We accept appellant's brief and **ORDER** appellant's appointed counsel to file a motion for extension of time that explains the delay in filing the brief **by September 19, 2022.**

Appellee's brief is due **by October 13, 2022.**

_____
Beth Watkins, Justice

FILE COPY

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of September, 2022.



MICHAEL A. CRUZ, Clerk of Court